```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

EUGENE SMITH, et al.              :    CIVIL ACTION
                                  :
    v.                           :
                                  :
DAIMLER CHRYSLER CORP., et al.    :    NO. 02-4416

<u>ORDER</u>

    AND NOW, this 7th day of August, 2002, upon consideration of our Court of Appeals's recent decision in <u>In Re: Federal-Mogul Global, Inc.</u>, Nos. 02-1426, et al. (3d Cir., Jul. 31, 2002), the parties shall by September 3, 2002 SHOW CAUSE why this action should not be remanded for lack of subject matter jurisdiction.

                                            BY THE COURT:

                                            _____
                                            Stewart Dalzell, J.